UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )  Case No. 2:08MJ00181 GGH-01
          Plaintiff,               )
v.                                 )  ORDER FOR RELEASE OF
                                   )  PERSON IN CUSTODY
LUKE JAMES GUERRERO,               )
                                   )
          Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   LUKE JAMES GUERRERO  , Case No. 2:08MJ00181 GGH-01  , Charge   21USC § 814(a)(1), 18 USC § 2  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 21, 2008  at 2:00 pm .

                              By   /s/ Gregory G. Hollows
                                    Gregory G. Hollows
                                    United States Magistrate Judge

Copy 5 - Court